# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVEN P. JOSLIN, | ) |
| Plaintiff, | ) |
| v. | ) Case number 4:07cv0458 TCM |
| KRISTEN SHROPSHIRE, et al., | ) |
| Defendants. | ) |

## ORDER

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling.

Defendants have answered the complaint and have complied with Rule 2.08(A). Plaintiff has been sent three letters and has been twice ordered to comply with Rule 2.08(A) by either consenting to the undersigned's jurisdiction pursuant to § 636(c) or electing to have the case transferred to a district court judge. Plaintiff's failure to do either has impeded the progress of litigation which he has initiated. Accordingly, in the interests of judicial economy,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of November, 2007.